UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEFANIE JOHNSON o/b/o C.J.F. | CIVIL ACTION |
| VERSUS | NO: 14-1885 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: R(4) |

### ORDER AND REASONS

The Court, having reviewed *de novo* the complaint,[1] defendant's answer,[2] the parties' memoranda of facts and law,[3] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[4] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

New Orleans, Louisiana, this __20th__ day of January, 2016.

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.

[2] R. Doc. 16.

[3] R. Doc. 19; R. Doc. 22.

[4] R. Doc. 23.